FILED
CLERK, U.S. DISTRICT COURT

SEP - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Christopher Andrew Lorenzana,<br><br>　　　　Defendant. | CR 11-751<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(X)　the appearance of defendant as required; and/or

　　(B)　(X)　the safety of any person or the community.

//
//

1       The court concludes:

2   A.   (X)   Defendant poses a risk to the safety of other persons or the community
3            because defendant has not demonstrated by clear and convincing
4            evidence that:
5            ___ he can avoid narcotics + other controlled substances;
6            ___ his mental health issues have been addressed;
7            ___ he will not commit further violations or crime
8
9
10  (B)  (X)   Defendant is a flight risk because defendant has not shown by clear
11           and convincing evidence that:
12           ___ he will not abscond again, given the
13           instant alleged violation
14
15
16
17      IT IS ORDERED that defendant be detained.
18
19
20
21  DATED: 9-5-12
22
23
24                              HONORABLE JAY C. GANDHI
                                UNITED STATES MAGISTRATE JUDGE
25
26
27
28